UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――― x

KEVIN PARKER, Individually and On Behalf of
All Others Similarly Situated,

                Plaintiff,

    v.

AMBAC FINANCIAL GROUP, INC., ROBERT J.
GENADER, PHILLIP B. LASSITER, SEAN T.
LEONARD and THOMAS J. GANDOLFO,

                Defendants.

―――――――――――――――――――――――― x

Civil Action No. 08 Civ. 1825

NOTICE OF APPEARANCE

ECF Case

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel of record for the defendants in the above-captioned action. I certify that I am admitted to practice in this court.

Dated: New York, New York
        March 5, 2008

Respectfully submitted,

WACHTELL, LIPTON, ROSEN & KATZ

/s/ Warren R. Stern
Warren R. Stern (WS-2957)
51 West 52nd Street
New York, New York 10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000

*Attorneys for Defendants*