UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x

KEVIN PARKER, Individually and On Behalf of   :
All Others Similarly Situated,   :

          :

       Plaintiff,   :

          :   Civil Action No. 08 Civ. 1825

    v.   :

          :   NOTICE OF APPEARANCE

AMBAC FINANCIAL GROUP, INC., ROBERT J.  :
GENADER, PHILLIP B. LASSITER, SEAN T.   :   ECF Case
LEONARD and THOMAS J. GANDOLFO,   :

          :

       Defendants.   :

          :

———————————————————————— x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel of record for the defendants in the above-

captioned action.  I certify that I am admitted to practice in this court.

Dated:  New York, New York       Respectfully submitted,
       March 5, 2008

                  WACHTELL, LIPTON, ROSEN & KATZ

                  /s/ Joshua A. Naftalis
                  Joshua A. Naftalis (JN-8054)
                  51 West 52nd Street
                  New York, New York  10019
                  Telephone:  (212) 403-1000
                  Facsimile:  (212) 403-2000

                  *Attorneys for Defendants*