UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x
KEVIN PARKER, Individually and On Behalf of :
All Others Similarly Situated,              :
                                            :
                Plaintiff,                  :
                                            :
        v.                                  :   Civil Action No. 08 Civ. 1825
                                            :
AMBAC FINANCIAL GROUP, INC., ROBERT J. :        ECF Case
GENADER, PHILLIP B. LASSITER, SEAN T.       :
LEONARD and THOMAS J. GANDOLFO,             :
                                            :
                Defendants.                 :
                                            :
———————————————————————— x

# CERTIFICATE OF SERVICE

      The undersigned, an attorney, hereby certifies that on March 5, 2008, he caused copies of the following documents to be served on counsel for the parties in this action as indicated on the attached service list:

    (i)    Notice of Appearance of Peter C. Hein on behalf of defendants;

    (ii)    Notice of Appearance of Warren R. Stern on behalf of defendants;  and

    (iii)    Notice of Appearance of Joshua A. Naftalis on behalf of defendants.

Dated:  New York, New York
         March 5, 2008

                           /s/ Joshua A. Naftalis
                           Joshua A. Naftalis (JN-8054)

## SERVICE LIST

<u>By ECF</u>

Jill Sharyn Abrams
Abbey Spanier Rodd & Abrams, LLP
212 East 39th Street
New York, New York 10016

<u>By Mail</u>

Robert M. Roseman
Andrew D. Abramowitz
David Felderman
Spector Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, Pennsylvania  19103

*Attorneys for Plaintiff*