UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x
KEVIN PARKER, Individually and On Behalf of   :
All Others Similarly Situated,                :
                                              :
         Plaintiff,                         :
                                              :
  v.                                        :   Civil Action No. 08 Civ. 1825
                                              :
AMBAC FINANCIAL GROUP, INC., ROBERT J.        :   ECF Case
GENADER, PHILLIP B. LASSITER, SEAN T.         :
LEONARD and THOMAS J. GANDOLFO,               :
                                              :
         Defendants.                        :
                                              :
———————————————————— x

## STATEMENT PURSUANT TO
## FEDERAL RULE OF CIVIL PROCEDURE 7.1

      Pursuant to Fed. R. Civ. P. 7.1, Ambac Financial Group, Inc. discloses that it does not have a parent corporation and that no publicly held corporation owns more than 10% of its stock.

Dated:  New York, New York          Respectfully submitted,
        March 6, 2008

                                    WACHTELL, LIPTON, ROSEN & KATZ

                                    /s/ Peter C. Hein
                                    Peter C. Hein (PH-5279)
                                    Warren R. Stern (WS-2957)
                                    Joshua A. Naftalis (JN-8054)
                                    51 West 52nd Street
                                    New York, New York  10019
                                    Telephone:  (212) 403-1000
                                    Facsimile:  (212) 403-2000

<u>SERVICE LIST</u>

<u>By ECF</u>

Jill Sharyn Abrams
Abbey Spanier Rodd & Abrams, LLP
212 East 39th Street
New York, New York 10016

<u>By Mail</u>

Robert M. Roseman
Andrew D. Abramowitz
David Felderman
Spector Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, Pennsylvania  19103

*Attorneys for Plaintiff*