UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

—————————————————————— x

KEVIN PARKER, Individually and on Behalf of all
Others Similarly Situated,

                        Plaintiff,

     vs.

AMBAC FINANCIAL GROUP, INC., ROBERT J.
GENADER, PHILLIP B. LASSITER, SEAN T.
LEONARD and THOMAS J. GANDOLFO,

                       Defendants.

—————————————————————— x

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:**
**DATE FILED:** 3 | 6 | 08

Civil Action No. 08 Civ. 1825 (**LA** )

STIPULATION AND ORDER

ECF Case

### STIPULATION AND ORDER ADJOURNING THE TIME FOR DEFENDANTS TO ANSWER, MOVE TO DISMISS OR OTHERWISE RESPOND TO THE COMPLAINT

     IT IS ACKNOWLEDGED THAT *Reimer v. Ambac Financial Group, Inc. et al.*,
No. 08 Civ 411 (S.D.N.Y), and *Babic v. Ambac Financial Group, Inc. et al.*, No. 08 Civ 1273
(S.D.N.Y), are related actions that arise from the same set of facts and circumstances that
underlie the above-captioned action, and that the Court has "so ordered" substantially similar
stipulations in *Reimer* and *Babic*.

     IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned
counsel, that plaintiff shall have until 60 days after the entry of an order appointing lead plaintiff
and approving lead counsel pursuant to 15 U.S.C. § 78u-4(a)(3) to file a consolidated and/or
amended complaint, and that the time of all defendants to answer, move to dismiss or otherwise
respond to the Complaint shall be extended to 60 days after the filing of such consolidated and/or
amended complaint. Plaintiff shall have 60 days after defendants file any motion to dismiss or
other response to file any response, and defendants shall have 45 days thereafter to file any reply.

IT IS FURTHER ACKNOWLEDGED THAT, as 15 U.S.C. § 78u-4(b)(3)(B) provides, all discovery, including initial disclosures pursuant to Fed. R. Civ. P. 26(a), shall be stayed through the pendency of the motion to dismiss, unless the court finds upon the motion of any party that particularized discovery is necessary to preserve evidence or to prevent undue prejudice to that party.

DEFENDANTS ACKNOWLEDGE, without waiver of any arguments or defenses, including defenses related to personal jurisdiction, receipt of a copy of the Complaint in this action as of the date the Court "so orders" and enters this Stipulation, and agree to save the cost of service of a summons and an additional copy of the Complaint in this lawsuit by not requiring service of judicial process in the manner provided for by Fed. R. Civ. P. 4.

IT IS FURTHER STIPULATED AND AGREED THAT nothing herein shall be deemed to constitute a waiver of, and defendants do not waive and expressly preserve, all arguments and defenses in the above-captioned action, including defenses related to personal jurisdiction.

Dated: New York, New York
~~February ___, 2008~~
March 3, 2008

ABBEY SPANIER RODD & ABRAMS, LLP

By: _____
Jill S. Abrams (JA-1578)
212 East 39th Street
New York, New York 10016
(212) 889-3700
(212) 684-5191 (facsimile)

SPECTOR ROSEMAN & KODROFF, P.C.

Robert M. Roseman
Andrew D. Abramowitz
David Felderman
1818 Mark Street, Suite 2500
Philadelphia, Pennsylvania 19103
(215) 496-0300
(215) 496-6611

*Attorneys for Plaintiff*

WACHTELL, LIPTON, ROSEN & KATZ

By: _____
Peter C. Hein (PH-5279)
Warren R. Stern (WS-2957)
Joshua A. Naftalis (JN-8054)

51 West 52nd Street
New York, New York 10019
(212) 403-1000
(212) 403-2000 (facsimile)

*Attorneys for Defendants*

SO ORDERED:

_____
United States District Judge    Part I

Dated:    New York, New York
March 4, 2008

-3-